# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HELVETIA SWISS INSURANCE COMPANY, as a subrogee of HAEUSLER AG, DUGGINGEN,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:16-1447** |
| : | |
| v : | |
| : | **(JUDGE MANNION)** |
| **KEVIN T. JONES and MIDWEST TRANSPORTATION, LLC,** : | |
| : | |
| **Defendants/ Third Party Plaintiff**s : | |
| : | |
| v : | |
| **JAMES D. FRANZMAN and TRANS AMERICAN TRUCKING SERVICE, INC.,** : | |
| : | |
| **Third Party Defendants** : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Franzman/TAT's motion for summary judgment, **(Doc. 34)**, is **DENIED IN ITS ENTIRETY**, as specified below;

**(2)** Franzman/TAT's motion for summary judgment is **DENIED** with respect to Jones/Midwest's claims against them for indemnification in their third party complaint, **(Doc. 12)**;

**(3)** Franzman/TAT's motion for summary judgment is **DENIED**

with respect to Jones/Midwest's claims against them for contribution in their third party complaint; and

**(4)** Franzman/TAT's request for oral argument, **(Doc. 44)**, is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 19, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1447-01-ORDER.wpd